UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-175-FDW

| ROBERT S. BALLARD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| NC DEPARTMENT OF PUBLIC SAFETY, MARTA M. KALINSKI, Doctor, PAULA SMITH, Doctor, Director of Health Services, | ) | **ORDER** |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Expert Witness, (Doc. No. 60). In his motion, he asserts that he is indigent, that he is unable to retain an expert due to his incarceration, and that his claims are medically complex. Plaintiff alleges that he "needs an expert to review all the records, x-ray reports, MRI reports, etc. and make a determination for this Court to understand what taking Plaintiff's pain medications [away] for two months did to Plaintiff." (Doc. No. 60 at 4). The Court will deny Plaintiff's motion. Despite Plaintiff's contention, his claim against Defendant for deliberate indifference to a serious medical need based on Defendant's denial of pain medication to Plaintiff does not involve complex issues or evidence.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Expert Witness, (Doc. No. 60), is **DENIED**.

Signed: April 23, 2015

Frank D. Whitney
Chief United States District Judge